UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 20-253 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| LEO MYRON DICKERSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:     Felon in Possession of Firearm (two counts)

Date of Detention Hearing:    May 18, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a lengthy criminal record that includes numerous failures to appear, bench warrant activity, eluding a police vehicle, and firearms offenses.  At the time of

DETENTION ORDER
PAGE -1

the alleged instant offense, defendant was on federal supervision for firearms offenses. He is alleged to be a gang member and to be associating with known felons. He was not interviewed so some of his background information is unverified.

2. Defendant poses a risk of nonappearance based on history of failing to appear, pending federal revocation (CR181-226 RSL), history of substance use, and possible mental health problems. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, history of firearm possession, substance use, possible mental health issues, gang involvement, and non-compliance while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

01      DATED this 18th day of May, 2020.

02

03                                          _____
                                            Mary Alice Theiler
04                                          United States Magistrate Judge

DETENTION ORDER
PAGE -3