UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR20-119 RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DENYING REQUEST TO |
| LEO DICKERSON, ) | REOPEN DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Defendant has been indicted on two counts of Unlawful Possession of a Firearm. (Dkt. 11.) He is also charged with violating the conditions of Supervised Release. (CR18-226 RSL, Dkt. 94) Defendant was detained by this Court following his first appearance and subsequent arraignment on the instant charge. (Dkt. 8.) He is also detained pending hearing on supervised release allegations. He now moves to reopen the detention hearing, requesting release on GPS location monitoring under 18 U.S.C. § 3142(f)(2). In the alternative, defendant requests temporary release under 18 U.S.C. § 3142(i), citing as a "compelling reason" the COVID-19

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -1

pandemic and his increased risk due to obesity and possible hypertension. The government opposes the motion. (Dkt. 23.) The motion was referred by The Honorable Robert S. Lasnik to the undersigned for decision. (Dkt. 27.) The Court assumes, without specifically finding, defendant has shown sufficient basis to reopen the detention hearing under 18 U.S.C. § 3142(f)(2).

Defendant indicates his believes his current weight is about 400 pounds.  At a height of 5 feet, 4 inches, his Body Mass Index would put him in the "severely obese" range, and at particular risk for severe health consequences if he were to contract COVID-19.  He also believes he suffers from hypertension, an additional risk-elevating condition.  He requests release to reside with his mother and toddler son, with GPS location monitoring, and participation in the Community Passageways support program.   Defendant argues these release conditions would reasonably address any risk of nonappearance or risk of danger to the community under 18 U.S.C. § 3142(c), and would allow him to remain safely at home instead of continuing to experience the risk of exposure to the corona virus at the Federal Detention Center.

Defendant has a lengthy criminal record that includes numerous failures to appear, bench warrant activity, eluding a police vehicle, and firearms offenses. At the time of the one of the alleged offenses for which he has been indicted, defendant was on federal supervision for firearms offenses. His supervision was revoked in July 2019 after being found in a vehicle with two other individuals on federal supervised release for firearm-related offenses.  Three firearms were found in the vehicle next to defendant, two of which were connected to shootings

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -2

in the Seattle area. He was sentenced to 9 months in custody for violation of supervised release. He was released in February 2020 to finish the final month of that sentence on house arrest at his mother's house. Before completing that sentenced, he was re-arrested and charged with unlawful possession of firearms. In May 2020, he was found again associating with known felons. A search of the vehicle located alcohol and two rounds of rifle ammunition.

Defendant's argument that he would be safer in the community than housed at the FDC required the Court to assume defendant would comply with COVID-19 public health directives. Defendant's past conduct gives the Court no basis to make such an assumption. As the government notes, when defendant was arrested in May 2020 he was not following those directives. Defendant's supervised release has already been revoked for failing to follow court directives, and he is awaiting hearing on further similar allegations. The record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The motion is DENIED.

DATED this 18th day of September, 2020.

_(signature)_
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING REQUEST TO
REOPEN DETENTION ORDER

PAGE -3