UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>LEO DICKERSON,<br><br>          Defendant. | Case No. CR20-119<br><br>ORDER OVERRULING DEFENDANT'S OBJECTION TO ORDER DENYING REQEUEST TO REOPEN DETENTION ORDER |

This matter comes before the Court on defendant's "Objection to Order Denying Request to Reopen Detention Order." Dkt. #31. The Court has reviewed the Order of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. #28), defendant's objection (Dkt. #31), the government's response (Dkt. #32), and the remainder of the record. Finding no part of Judge Theiler's Order "contrary to law or clearly erroneous" such that it should be modified or set aside, Fed. R. Crim. P. 59(a), the Court overrules defendant's objection.

IT IS SO ORDERED.

DATED this 29th day of October, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge