1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEO DICKERSON,

Defendant.

Case No. CR20-119RSL

ORDER DENYING
DEFENDANT'S MOTION
FOR TEMPORARY
RELEASE TO ATTEND
FUNERAL

15      This matter comes before the Court on defendant's "Motion for Temporary Release to
16  Attend Funeral." Dkt. # 34. The government opposes defendant's motion. Dkt. # 35. For the
17  reasons articulated below, the motion is DENIED.
18      While the Court has sincere sympathy for defendant's loss of his sister, there is an
19  ongoing pandemic currently impacting the SeaTac area. It is unclear what precautions the
20  funeral directors and family intend to take to prevent those attending the funeral and any follow-
21  up reception from contracting or spreading the COVID-19 virus. Ordering defendant's release
22  could not only cause him to be exposed to the virus, but it also puts at risk those individuals who
23  have contact with defendant. Under these circumstances, the Court declines to exercise its
24  discretion under 18 U.S.C. § 3142(i) to permit defendant's temporary release.
25      For the foregoing reasons, defendant's motion is DENIED.
26
27
28

ORDER DENYING MOTION FOR TEMPORARY RELEASE - 1

1    DATED this 6th day of November, 2020.

2

3

4    Robert S. Lasnik
     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR TEMPORARY RELEASE - 2